IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IAN GREENSTEIN, JR., | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES MARSHAL, | : | |
| FOR THE EASTERN DISTRICT | : | |
| OF PENNSYLVANIA, | : | NO. 07-3232 |
| Respondent. | : | |

FILED
SEP 16 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 16th day of SEPT., 2008, upon careful and independent consideration of the petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of Habeas Corpus is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
JAMES T. GILES, J.